# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff<br>vs.<br>VINCENT WALTERS (2),<br>      Defendant. | Case No.: 88CR0769-DMS<br><br>**ORDER TO DISMISS AND JUDGMENT** |

For good cause appearing, the United States' Motion to Dismiss the Superseding Indictment as to Vincent Walters is **granted**.

**SO ORDERED.**

DATED:   August 12, 2016

_____
Hon. Dana M. Sabraw
United States District Judge

- 1 -